David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, NV  89123
Telephone:  (702) 880-5554
Facsimile:  (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
Kent Egbert

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENT EGBERT,<br><br>           Plaintiff,<br><br>      v.<br><br>SPECIALIZED LOAN SERVICING, LLC, WELLS FARGO FINANCIAL NATIONAL BANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendants. | Case No. 2:15-cv-01622-GNM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed:  August 24, 2015 |

   Plaintiff Kent Egbert ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian," together with Plaintiff, the "Parties"), by and through their respective attorneys, hereby stipulate to extend the time for Experian to respond to Plaintiff's Complaint.

   WHEREAS, on August 24, 2015, Plaintiff filed his Complaint;

   WHEREAS, Experian's time to respond is on September 15, 2015;

   WHEREAS, the Parties agree to extend Experian's time to respond to Plaintiff's Complaint;

   WHEREAS, the Parties are entering into this stipulation to explore settlement;

   WHEREAS, this request is not made for purposes of delay and is supported by good cause;

1  NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Experian will respond to Plaintiff's Complaint on or before October 13, 2015.

**IT IS SO STIPULATED.**

DATED this 14th day of September, 2015            DATED this 14th day of September, 2015

By: /s/ David H. Krieger                                         By: /s/ Alyssa M. Staudinger
David H. Krieger                                                       Alyssa M. Staudinger
Nevada Bar No. 9086                                              Nevada Bar No. 13258
HAINES & KRIEGER, LLC                                   JONES DAY
8985 S. Eastern Avenue                                           3161 Michelson Drive, Suite 800
Henderson, NV 89123                                              Irvine, CA 92612
Tel: (702) 880-5554                                                  Tel: 949.851.3939

*Attorney for Plaintiff*                                              *Attorney for Defendant Experian Information Solutions, Inc.*

## ORDER

**IT IS ORDERED THAT** Experian shall respond to Plaintiff's Complaint on or before October 13, 2015.

**IT IS SO ORDERED.**

DATED: September __14__, 2015

_____
Gloria M. Navarro, Chief Judge
United States District Court