Bob L. Olson, Esq.
Nevada Bar No. 3783
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
cgianelloni@swlaw.com
vbohman@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENT EGBERT,<br><br>  Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, WELLS FARGO FINANCIAL NATIONAL BANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants.<br><br>MONICA EGBERT,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Lead Case No. 2:15-cv-01622-GMN-PAL<br><br>Member Case No. 2:15-cv-01649-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>First Amended Complaint filed: December 23, 2015 |

It is hereby stipulated by and between Plaintiffs Kent and Monica Egbert (collectively, the "Plaintiffs"), through its attorneys, Haines & Krieger, LLC, and Defendant Experian Information

Solutions, Inc. ("Experian"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff Kent Egbert filed his Complaint on August 24, 2015. Plaintiff Monica Egbert filed her Complaint on August 26, 2015. Experian was served with Plaintiff Kent Egbert's Complaint on August 25, 2015, and with Plaintiff Monica Egbert's Complaint on August 31, 2015. The two cases were consolidated on November 18, 2015. Plaintiffs filed a joint First Amended Complaint on December 23, 2015. The deadline for Experian to respond to the First Amended Complaint is currently set for February 3, 2016. In the interest of conserving client and judicial resources, Plaintiff and Experian stipulate and agree that Experian shall have until **February 3, 2016**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the First Amended Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow the parties to discuss settlement.

DATED this 6th day of January 2016.

SNELL & WILMER L.L.P.

By: */s/ Bob L. Olson*
Bob L. Olson, Esq.
Charles E. Gianelloni, Esq.
V.R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendant Experian Information Solutions, Inc.*

HAINES & KRIEGER, LLC

By: */s/ David Krieger*
David H. Kireger, Esq.
8985 S. Eastern Avenue, Suite 370
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518

*Attorneys for Plaintiffs Kent and Monica Egbert*

## ORDER

IT IS ORDERED THAT Experian Information Solutions, Inc.'s time to respond to Plaintiff's First Amended Complaint shall be extended to on or before February 3, 2016.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of February, 2016.

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 6, 2016, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 6th day of January 2016

                                                /s/ Jee Math

An Employee of Snell & Wilmer L.L.P.

23264238