Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asorenson@swlaw.com
rperkins@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant Wells Fargo N.A.(incorrectly identified as Wells Fargo Financial National Bank)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KENT and MONICA EGBERT,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　　　Defendants. | CASE NO.: 2:15-CV-1622-GML-PAL<br><br>**STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND PROPOSED ORDER**<br><br>**(SECOND REQUEST)** |

It is hereby stipulated by and between Plaintiffs Kent and Monica Egbert ("Plaintiffs"), through their attorneys David Krieger and Jennifer Isso, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiffs filed their First Amended Complaint ("FAC") on December 23, 2015 (Docket #29). The deadline for Wells Fargo to respond to the FAC is currently January 29, 2016. In the interest of conserving client and judicial resources, Mr. Egbert and Wells Fargo stipulate and agree that Wells Fargo shall have until **February 29, 2016**, to file its responsive pleading. This is the parties' second request for an extension of time to respond to the FAC, and is not intended to cause any delay or prejudice to any party, but is intended so that the parties may discuss settlement.

- 1 -

Dated January 29, 2016.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By: __/s/David Krieger__<br>David Krieger<br>Jennifer Isso<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiffs* | By: __/s/ Tanya N. Peters__<br>Amy F. Sorenson (NV Bar No. 12495)<br>Robin E. Perkins (NV Bar No. 9891)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |

# ORDER

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiffs' First Amended Complaint shall be extended to on or before February 29, 2016.**

**IT IS SO ORDERED.**

_____
MAGISTRATE JUDGE

DATED February __2__, 2016.

Respectfully submitted by:

SNELL & WILMER L.L.P.

　　_/s/ Tanya N. Peters_
Amy F. Sorenson, Esq.
Robin E. Perkins, Esq.
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Wells Fargo Bank, N.A.*

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND PROPOSED ORDER** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | ___X___ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
Jennifer Isso, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave, Ste 370
Henderson, NV 89123

*Attorneys for Plaintiff*

DATED this 29th day of January, 2016.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

23419695.1

- 4 -