1  Amy F. Sorenson, Esq.
   Nevada Bar No.  12495
2  Robin E. Perkins, Esq.
   Nevada Bar No. 9891
3  Tanya N. Peters, Esq.
   Nevada Bar No. 8855
4  SNELL & WILMER L.L.P.
5  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
6  Telephone:  (702) 784-5200
   Facsimile:  (702) 784-5252
7  asorenson@swlaw.com
8  rperkins@swlaw.com
   tpeters@swlaw.com
9

10 *Attorneys for Defendant Wells Fargo N.A.(incorrectly identified
   as Wells Fargo Financial National Bank)*

11                    **UNITED STATES DISTRICT COURT**
12                          **DISTRICT OF NEVADA**

13 KENT and MONICA EGBERT,              CASE NO.:  2:15-CV-1622-GML-PAL
                                        (Consolidated with No. 2:15-cv-01649-
14               Plaintiffs,            APG-PAL)

15 vs.                                  **STIPULATION AND ORDER TO**
                                        **DISMISS DEFENDANT WELLS**
16 WELLS FARGO FINANCIAL NATIONAL       **FARGO WITHOUT PREJUDICE**
   BANK, EXPERIAN INFORMATION
17 SOLUTIONS, INC,

18               Defendants.

19         It is hereby stipulated by and between Plaintiffs Kent and Monica Egbert ("Plaintiffs"),

20 through their attorneys David Krieger and Jennifer Isso, and Defendant Wells Fargo Financial

21 National Bank (incorrectly identified) and Wells Fargo Bank, N.A. (collectively "Wells Fargo"),

22 through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

23         1.      Defendant Wells Fargo shall be dismissed from this case, without prejudice;

24         2.      Those parties shall bear their own attorneys' fees and costs associated with this

25 action.

26

27

28

- 1 -

Dated March 2, 2016.

| HANES & KRIEGER | SNELL & WILMER L.L.P. |
|---|---|
| By: ___/s/David Krieger___<br>David Krieger<br>Jennifer Isso<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiffs* | By: ___/s/ Tanya N. Peters___<br>Amy F. Sorenson (NV Bar No. 12495)<br>Robin E. Perkins (NV Bar No. 9891)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |

Snell & Wilmer
— L.L.P. —
LAW OFFICES
50 WEST LIBERTY, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

## **ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A. shall be dismissed from this matter, without prejudice.**

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED March _____3_____, 2016.

Respectfully submitted by:

SNELL & WILMER L.L.P.

_____/s/ Tanya N. Peters_____
Amy F. Sorenson, Esq.
Robin E. Perkins, Esq.
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
*Attorneys for Wells Fargo Bank, N.A.*

1

2

## CERTIFICATE OF SERVICE

3

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years,

4

and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true

5

and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WELLS**

6

**FARGO BANK, N.A. WITHOUT PREJUDICE** by the method indicated below:

7

8

| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | \_\_\_\_X\_\_\_ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

9

10

11

and addressed to the following:

12

13  David H. Krieger, Esq.                   Charles E. Gianelloni
    Jennifer Isso, Esq.                      Bob L. Olson
14  HANES & KRIEGER, LLC                     Snell & Wilmer L.L.P.
    8985 S. Eastern Ave, Ste 370             3883 Howard Hughes Parkway, Suite 1100
15  Henderson, NV 89123                      Las Vegas, NV 89169

16  *Attorneys for Plaintiff*                *Attorneys for Experian Information Solutions,*
                                             *Inc.*
17

18          DATED this 2nd day of March, 2016.

19

20                                          */s/ Nissa Riley*
                                            An Employee of Snell & Wilmer L.L.P.
21

22  23608798.1

23

24

25

26

27

28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 4 -