UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENT EGBERT, et al. | Case No. 2:15-cv-01622-GMN-PAL |
| Plaintiffs, | ORDER |
| v. | |
| SPECIALIZED LOAN SERVICING, LLC, et al. | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiffs and Defendant Experian Information Solutions, Inc. (Dkt. #42). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiffs and Defendant Experian Information Solutions shall have until **May 10, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 16th day of March, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE